**11 CV. 3056**

Affidavit

April 4 /22/2011

United States district court for the
southern district of New york
Daniel Patrick Moynihan united states courthouse
500 pearl street
New york, NY 10007-1312

Judge,

# DORMOUth CARlton #09A0216
-against-

The State of New york, Green Haven correctional facility, And four officer's co. morris and co. Trimboth and two unknown officer's, Also The Green Haven Medical services.

Please Take Notice that upon the annexed Affidavit of Dormouth CARlton #09A0216 on the Assault and Battery on "me" on the 12/13/2010 at Approximate 9:00pm to 9:45pm at the Green Haven "corr" Facility in H Block, in the Hall Way.

and other excessive Time has Been imposed on "me" by Not Leting me out for shower. No Leting me go to commissary. and Not Leting me go to the LAW Library. at this time I am Lockt up for going to the Law Library. they took my name off the List unknowing to me and Lock me up for that. going theses and dennying of everyting I put down for. at this time the undersigned will move this court at A stated term thereof for A hearing for an order permitting the desendant to prosecute and proceed as A poor person and Assingn A Lawyer for that purpose and for such others and further Relief as this court may deem jus and proper.

Dormouth Carlton
09A0216#
Affidavit

4/22/2011

I have not showes since the 4/6/11 and today is the 4/12/11. Since the 12/13/10 I have not gone to commissary at all since 12/13/10 and I was not lockt up. till the 4/6/11. I got lockT up for going to the Law Library. I did not know they took my name off the list onknowing to me. I whent to the hearing and the hearing. L.T. is Laughing at me and makeing fun of me. and denying my witnessces. from speeking. They are all Retaliating on me. from the 12/13/10 It is all Retaliation. Because I File papers To The court and the papers to Albany. so the court and Albany sent papers to the facility so they are Retaliating on me. so I would like to start my lawsuit on the guards in his and her individual capacity and money damages in his or her official capacity and for an injunction in the same Lawsuit. I am requesting the District court's Local Rules; and forms for a section 1983 pro se action, in forma pauperis forms; and forms for appointment of counsel. Thank you for your time.

I declare under penalty of perjury pursuant to 28 USC § 1746 that The following is true and correct: Dormouth Carlton
09A0216.

Respectfully submitted
Dormouth Carlton   cc: